**No. 61180.**—E. Boyd *v.* United States, protest 291349–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, AUGUST 27, 1957

**No. 61181.**—Abels Wasserberg & Co. et al. *v.* United States, protests 145129–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items entered, or withdrawn from warehouse for consumption, prior to May 28, 1950, were held dutiable at 20 percent under paragraph 1547 (a), as "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50," and those entered, or withdrawn from warehouse for consumption, on and after May 28, 1950, were held dutiable at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

**No. 61182.**—Hudson Shipping Co., Inc. *v.* United States, protests 282887–K and 294797–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protests were overruled.

**No. 61183.**—Penson & Company *v.* United States, protest 294246–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 61184.**—Bayuk Cigars, Inc. *v.* United States, protest 294858–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.